No. 78–1091. LOVE v. MAYNARD. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 78–1119. FAZEKAS v. UNIVERSITY OF HOUSTON ET AL. Appeal from Ct. Civ. App. Tex., 1st Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 78–1285. FLOYD v. ARIZONA. Appeal from Ct. App. Ariz. dismissed for want of substantial federal question.

No. 78–6102. ABKEN v. PENNSYLVANIA. Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.

No. 78–1160. SAKER ET UX. v. HARPSTER BANK. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5844. FARRELL v. JOHNSON. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 77–1653. CHILDS v. CHILDS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Orr* v. *Orr, ante,* p. 268. MR. JUSTICE STEWART dissents.

No. 77–1786. LOYACANO v. LE BLANC. Sup. Ct. La. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Orr* v. *Orr, ante,* p. 268.